# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RICKEY DAVEY                      PLAINTIFF

v.                      NO. 4:12CV00468 JLH/JTR

SUSAN WEBBER WRIGHT,
United States District Judge, et al.                      DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this case is dismissed without prejudice. The action is hereby terminated. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 2nd day of October, 2012.

_____
J. LEON HOLMES
UNITED STATED DISTRICT JUDGE